JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT EVANS, | Case No. 2:18-cv-05980-R-SHK |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 3, 2019

HONORABLE R. GARY KLAUSNER
United States District Judge